**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAURICE EDWARD SALLIS, | : | Case No. 3:26-cv-61 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| RICHARD MILLER, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFICIENCY ORDER

Plaintiff, a federal pretrial detainee at the Butler County Jail, has filed a motion for leave to proceed *in forma pauperis* in connection with a civil rights complaint in this Court.   (Doc. 1).

Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees *and* a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint obtained from the cashier of the jail at which the detainee is or was confined.   28 U.S.C. § 1915(a)(2).   In this case, plaintiff's motion for leave to proceed *in forma pauperis* is incomplete.   The "Certificate" page of plaintiff's application (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form that is used in this Court, completed and signed by the institutional cashier) is missing, and plaintiff has failed to provide the Court with a certified copy of his trust fund account statement as required by the PLRA.

Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) **or** submit to the Court a completed Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, including a "Certificate" page (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form that is used in this Court, completed and signed by the institutional cashier), and a certified copy of his jail trust fund account statement (or institutional equivalent) for the preceding six-month period **within thirty (30) days** of the date of this Order.

**If plaintiff fails to comply with this Order, the Court may dismiss his case for want of prosecution.** *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997). If plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id*. Should plaintiff need additional time to comply with this Order, he should file a motion for an extension of time.

The **CLERK OF COURT** is **DIRECTED** to provide plaintiff with an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

The **CLERK OF COURT** is further **DIRECTED** to send a copy of this Order to the cashier of the jail at which plaintiff is confined.

**IT IS SO ORDERED.**

March 11, 2026

*Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

2